## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 840 -2 | **DATE** | December 17, 2007 |
| **CASE TITLE** | USA vs. ROBERT LOUIS | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Defendant waives detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial under further order of the Court. Defendant waives his right to preliminary examination. Enter a finding of probable cause. Order defendant bound to the District Court for further proceedings.

00:15

| | Courtroom Deputy Initials: | JS |
|---|---|---|