**07 CR 0840** 

**JUDGE GOTTSCHALL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**

JAN - 8 2008
JAN 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE COX — DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint: *United States v. Mario A. Carroll and Robert E. Louis*, 07 CR 840 (Magistrate Judge Susan E. Cox)

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............... (II)          ☐ Income Tax Fraud ......... (II)         ☐ DAPCA Controlled Substances .... (III)
   ☐ Criminal Antitrust ........ (II)       ☐ Postal Fraud ............. (II)         ☐ Miscellaneous General Offenses .... (IV)
   ☐ Bank robbery ............. (II)        ☒ Other Fraud .............. (III)        ☐ Immigration Laws ............. (IV)
   ☐ Post Office Robbery ...... (II)        ☐ Auto Theft ............... (IV)         ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Other Robbery ........... (II)         ☐ Transporting Forged Securities .. (III) ☐ Food & Drug Laws ............. (IV)
   ☐ Assault ................. (III)        ☐ Forgery .................. (III)        ☐ Motor Carrier Act ............. (IV)
   ☐ Burglary ................ (IV)         ☐ Counterfeiting ........... (III)        ☐ Selective Service Act ............ (IV)
   ☐ Larceny and Theft ....... (IV)         ☐ Sex Offenses ............. (II)         ☐ Obscene Mail ................ (III)
   ☐ Postal Embezzlement ..... (IV)         ☐ DAPCA Marijuana .......... (III)        ☐ Other Federal Statutes .......... (III)
   ☐ Other Embezzlement ...... (III)        ☐ DAPCA Narcotics .......... (III)        ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.

    18 U.S.C. § 1344

    _____
    Assistant United States Attorney

(Revised 12/99)