IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 07 CR 840-2 |
| v. | ) |
| | ) Judge Joan B. Gottschall |
| ROBERT E LOUIS | ) |

**EMERGENCY NOTICE OF MOTION**

To:  Rick Young
     Assistant United States Attorney
     219 S. Dearborn Street, 5th Floor
     Chicago, Illinois 60604

    PLEASE TAKE NOTICE that on Wednesday, March 12, 2008 at 9:30 a.m., in Courtroom 2325, we shall appear before the Honorable Joan B. Gottaschall, the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion.


–    EMERGENCY MOTION  FOR A COMPETENCY EVALUATION


                                    Respectfully submitted,

                                    FEDERAL DEFENDER PROGRAM
                                    Terrence F. MacCarthy
                                    Executive Director

                                    By: s/Sergio F. Rodriguez
                                        SERGIO F. RODRIGUEZ
                                        Attorney for Defendant


SERGIO F. RODRIGUEZ
FEDERAL DEFENDER PROGRAM
55 E. MONROE ST. SUITE 2800
CHICAGO, ILLINOIS 60603
(312) 621-8349