Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 840 - 2 | **DATE** | 3/12/2008 |
| **CASE TITLE** | USA vs. Robert E Louis | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 4/17/2008 at 9:30AM. Emergency motion for competency evaluation [27] is granted. Enter Order. It is hereby ordered that defendant Robert E Louis be examined for a competency evaluation by the Bureau of Prisons. Enter Order. It is hereby ordered that the defendant is permitted to serve any and all subpoenas and/or subpoenas duces tecum which said defendant shall require during any hearing and trial which bear the court's approval. It is further ordered that each and every witness summoned to appear pursuant to said subpoena shall be paid in the same manner in which similar costs and fees are paid in case of a witness subpoenaed in behalf of the government. Time is excluded through 4/17/2008 pursuant to 18:3161(h)(1)(A).

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | RJ |
|---|---|---|