

```
                    IN THE
         UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF ILLINOIS
                EASTERN DIVISION
```

UNITED STATES OF AMERICA      ) No. 07 CR 840-2
                              )
         v.                   )
                              ) Judge Joan B. Gottschall
ROBERT E. LOUIS               )
                              )

## ORDER

This cause coming on to be heard on the motion of defendant, it is hereby ordered that the defendant is permitted to serve any and all subpoenas and/or subpoenas duces tecum which said defendant shall require during the any hearing and trial which bear the court's approval. Early return of subpoenaed material regarding Mr. Louis' physical and mental health is authorized so that they may be used for his competency evaluation.

It is further ordered that each and every witness summoned to appear pursuant to said subpoena shall be paid in the same manner in which similar costs and fees are paid in case of a witness subpoenaed in behalf of the government.

ENTER:

_____
Judge Joan B. Gottschall

DATED: 3/12/08