IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
) No. 07 CR 840-2
v. )
) Judge Joan B. Gottschall
ROBERT LOUIS )

ORDER

This matter being brought before the court and all parties advised thereof, IT IS HEREBY ORDERED THAT: Defendant ROBERT LOUIS be examined for a competency evaluation by the Bureau of Prisons. This order is entered pursuant to defendant's counsel's motion to determine competency and request for psychiatric or psychological examination and report, 18 U.S.C. §4241(a) and (b). The Bureau of Prisons examiner shall prepare and file with the Court, defense counsel, and the government, a written report that includes:

    a)     defendant's history and present symptoms;

    b)     a description of the psychiatric, psychological, and medical tests that were employed, and their results;

    c)     the examiner's findings;

    d)     the examiner's opinions as to diagnosis and prognosis;

e)  an opinion whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in him defense.

ENTER:

*[signature]*
Judge Joan B. Gottschall

DATED: 3/12/08

3/12/08