## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 840 - 02 | **DATE** | 4/17/2008 |
| **CASE TITLE** | USA vs. Robert E. Louis | | |

**DOCKET ENTRY TEXT**

Status hearing hearing held and continued to 5/22/2008 at 9:30AM. Time is excluded through 5/22/2008 for mental competency pursuant to 18:3161(h)(1)(A).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|