MAGISTRATE JUDGE COX

07 GJ 1072

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE GOTTSCHALL | Sitting Judge if Other Than Assigned Judge | MAGISTRATE JUDGE SIDNEY I. SCHENKIER |
|---|---|---|---|
| CASE NUMBER | 07 CR 0840 | DATE | JUNE 3, 2008 |
| CASE TITLE | US v. MARIO A. CARROLL, et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING**

The Grand Jury for the SPECIAL FEBRUARY 2008-1 Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Sidney I. Schenkier_

Docket Entry:

BOND SET IN 07 CR 840 TO STAND AS BOND IN THIS INSTANCE AS TO MARIO CARROLL, LASHON DANIELS, and CECILIA EDWARDS. DETENTION ORDER PREVIOUSLY ISSUED IN 07 CR 840 TO STAND.

FILED
JUN - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#