## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 840 - ALL | **DATE** | 6/11/2008 |
| **CASE TITLE** | USA vs. Carroll, et al | | |

**DOCKET ENTRY TEXT**

Arraignment held as to Mario A. Carroll (1), Robert E. Louis (2), Lashon Daniels (3), Cecilia J. Edwards (4). All defendants enter pleas of not guilty as to all counts of Superseding Indictment. 16.1(A) conference to be held by 7/2/2008. Pretrial motions are due by 8/6/2008; responses by 8/20/08; replies by 8/27/08. Ruling by mail by 9/29/08. Status hearing set for 9/3/08 at 9:30AM. Jury trial set for 6/30/08 is stricken and reset to 11/17/08 at 9:00AM. Time is excluded filing through disposition of pretrial motions pursuant to 18:3161(h)(1)(F). (X-E). Enter Order Setting Conditions of Release as to Lashon Daniels and Cecilia J. Edwards.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | RJ |
|---|---|---|